An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

VEGAS 1-DECATUR, LLC, A NEVADA
LIMITED LIABILITY COMPANY,
Appellant,
vs.
THE STATE OF NEVADA
DEPARTMENT OF BUSINESS AND
INDUSTRY, HOUSING DIVISION,
Respondent.

No. 63544

**FILED**

APR 16 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is an appeal from a district court order dismissing a petition for judicial review in a housing tax credit matter. Eighth Judicial District Court, Clark County; Elissa F. Cadish, Judge.

Having considered the parties' arguments and the appendix, we conclude that the district court did not abuse its discretion in determining that appellant's calendaring error did not constitute good cause so as to warrant enlarging the time to file the opening brief. NRS 233B.133(1), (6) (giving the district court discretion to extend for good cause the time allowed for filing briefs on judicial review); *cf. Dougan v. Gustaveson*, 108 Nev. 517, 520, 835 P.2d 795, 797 (1992) (concluding that a calendaring mistake did not constitute good cause to justify untimely service of process), *abrogated on other grounds by Arnold v. Kip*, 123 Nev. 410, 168 P.3d 1050 (2007). Nothing in the record indicates that the district court ignored the other circumstances that appellant asserts that it raised below. Furthermore, we have considered appellant's other arguments and conclude that they lack merit. *See Moseley v. Eighth Judicial Dist. Court*, 124 Nev. 654, 668 n.66, 188 P.3d 1136, 1146 n.66

15-11454

(2008) (explaining the distinction between good cause and excusable neglect). Accordingly, finding no abuse of discretion, we

ORDER the judgment of the district court AFFIRMED.

_____ , C.J.
Hardesty

_____ , J.          _____ , J.
Saitta                                Gibbons

cc:     Hon. Elissa F. Cadish, District Judge
        Michael H. Singer, Settlement Judge
        Pengilly Law Firm
        Robison Belaustegui Sharp & Low
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A